**Opinion filed March 30, 2018**



In The

# Eleventh Court of Appeals

_____

## No. 11-18-00059-CR
_____

## GERONIMO MUNGUIA, III, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 161st District Court**
**Ector County, Texas**
**Trial Court Cause No. B-17-0271-CR**

## M E M O R A N D U M   O P I N I O N

Geronimo Munguia, III, filed a notice of appeal from the trial court's order of dismissal in this cause. We dismiss the appeal.

The clerk of this court wrote Appellant's counsel on February 27, 2018, and informed him that it did not appear that the order being appealed was an appealable order. We requested that Appellant respond and show grounds to continue the appeal. No response has been filed.

An appellate court has jurisdiction to consider an appeal by a criminal defendant from a final judgment of conviction or as otherwise authorized by law. *Abbott v. State*, 271 S.W.3d 694, 696–97 (Tex. Crim. App. 2008). Documentation received from the district clerk reflects that the trial court granted the State's motion to dismiss and dismissed cause no. B-17-0271-CR by a written order signed by the judge of the trial court. Based on the State's motion, it appears that the instant cause was dismissed pursuant to Section 12.45 of the Penal Code in conjunction with Appellant's plea in a separate cause. *See* TEX. PENAL CODE ANN. § 12.45 (West 2011). The documents on file in this court reflect that cause no. B-17-0271-CR has been dismissed. We can find no authority that would permit this court to exercise jurisdiction in Appellant's appeal from the order of dismissal. *See McCray v. State*, No. 01-12-00969-CR, 2013 WL 6047614 (Tex. App.—Houston [1st Dist.] Nov. 14, 2013, no pet.) (mem. op., not designated for publication) (dismissing for want of jurisdiction defendant's appeal from order of dismissal).

Consequently, this appeal is dismissed for want of jurisdiction.

PER CURIAM

March 30, 2018

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.[1]

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.